IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES YANCEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, et al. | : | NO. 02-2864 |

## O R D E R

AND NOW, this 28th day of June, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

1. The District Attorney of Philadelphia County shall file specific and detailed answers within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254, specifically addressing 28 U.S.C. § 2244(d), if applicable.

2. The Clerk of the Quarter Sessions Court or Office of Judicial Support of Philadelphia County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of Commonwealth v. James Yancey, Court of Common Pleas of Philadelphia County, Term. Nov. 1982, Cr. No. CP 1174-1187, within twenty (20) days of the date of this order.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed _____ to:        Copies mailed _____ to: