```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES YANCEY                      :       CIVIL ACTION
                                  :
    v.                            :
                                  :
JEFFREY BEARD, et al.             :       NO. 02-2864

## ORDER

AND NOW, this      day of March, 2003, it is hereby ORDERED that the motion of plaintiff for leave to proceed in forma pauperis on appeal (Document #22) is DENIED as moot.

                              BY THE COURT:


                              _____
                                                              J.